# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DANIEL BALDWIN DUNLAP AND
MARGARET A. DUNLAP

VERSUS

EMPIRE TRADING GROUP, LLC,
YOUR HOME PROS REALTY,
VICTORIA HONEYCUTT, KAITLIN
COX, KELLER WILLIAMS REALTY-
GREATER BATON ROUGE, ABC
INSURANCE COMPANY, DEF
INSURANCE COMPANY, AND XYZ
INSURANCE COMPANY

NO.  2021 CW 1271

DECEMBER 6, 2021

---

In Re:    Empire Trading Group, L.L.C., applying for supervisory
writs, 21st Judicial District Court, Parish of
Livingston, No. 163360.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT NOT CONSIDERED.** The writ application does not include a copy of the court minutes from the September 20, 2021 contradictory hearing on relator's motion for summary judgment, and the district court's reasons for denying the motion are not otherwise evident from the writ application. See Rule 4-5(C)(10), Uniform Rules of Louisiana Courts of Appeal; La. Code Civ. P. art. 966(C)(4). This court also requires a transcript of the September 20, 2021 hearing and a copy of the original FOIA response provided to the plaintiffs.

Supplementation of this writ application and/or an application for rehearing will not be considered. Rules 2-18.7 & 4-9, Uniform Rules of Louisiana Courts of Appeal.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation and must comply with Rule 2-12.2, Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before January 6, 2022, and must contain a copy of this ruling.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT